The Honorable Tiffany M. Cartright

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| KATAZYNA CENTKOWSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MRS BPO, L.L.C.,<br><br>　　　　Defendant. | Case No. 3:25-cv-05449-TMC<br><br>**ORDER OF DISMISSAL**<br><br>~~(PROPOSED)~~ |

THIS MATTER came before the Court on the parties' Stipulated Motion to Dismiss. Because the parties have agreed to dismiss all pending claims in this action with prejudice, it is hereby ORDERED that the parties' Stipulated Motion is GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice and without costs or fees to any party.

DATED this 16th day of September, 2025.

_____
Honorable Tiffany M. Cartright
United States District Court Judge.

ORDER OF DISMISSAL – 1
3:25-CV-05449-TMC

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

4938-9651-1078

Presented by:

ROBERT W. MITCHELL, ATTORNEY AT LAW

By: *s/Robert W. Mitchell (with permission)*
    Robert W. Mitchell, WSBA #37444
    1020 N. Washington
    Spokane, WA 99201
    Telephone: 509.327.2224
    Email -bobmitchell@yahoo.com

*Attorneys for Plaintiff*

SNELL & WILMER L.L.P.

By: *s/Rachael E. Clark*
    Clifford S. Davidson, WSBA #48313
    Rachael E. Clark, WSBA #57277
    600 University Street, Suite 310
    Seattle, WA 98101-3122
    Telephone: 206.741.1420
    Email: csdavidson@swlaw.com
        reclark@swlaw.com

*Attorneys for Defendant*

ORDER OF DISMISSAL – 2
3:25-CV-05449-TMC

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

4938-9651-1078